**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10249 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00243-LDG-VCF-1 |
| v. | |
| JOSE GUADALUPE GOMEZ-PARRA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, Senior District Judge, Presiding

Submitted March 17, 2015[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Jose Gomez-Parra appeals from the district court's judgment and challenges

the 57-month sentence imposed for being a deported alien found unlawfully in the

United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Gomez-Parra contends that the 57-month sentence is substantively unreasonable. We review for abuse of discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The district court did not abuse its discretion in imposing the 57-month sentence. The sentence is not substantively unreasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including not only Gomez-Parra's cultural and family ties, but his criminal history. *See id.*

**AFFIRMED**.